UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:16-mJ-03558-Simonton

UNITED STATES OF AMERICA

vs.

BYRON JIMENEZ,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0086425
99 N. E. 4th Street
Miami, Florida  33132
TEL (305) 961-9131
FAX (305) 530-7976
Cary.Aronovitz@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Byron Jimenez,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:16-MJ-03558-<br>) Simonton<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/3/16__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252(a)(4) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jenny Velazquez, FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/15/2016__

_____
*Judge's signature*

City and state: __Miami, Florida__     Andrea M. Simonton, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jen Velazquez, being duly sworn, hereby depose and state as follows;

1. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

2. I am a detective with the Miami Beach Police Department and have been so employed since June 2000. I am currently assigned to the Federal Bureau of Investigations (FBI) Child Exploitation Task Force and am a member of the Internet Crimes Against Children Task Force (ICAC). I have been conducting ICAC investigations and have been a Special Victims detective since January 2008. In this capacity, I have investigated over one hundred (100) matters involving sexual battery, child exploitation, and internet crimes against children. I have attended approximately 200 hours of training in the field of computer crimes and internet crimes investigations. I have been trained and certified to conduct Peer-to-Peer file sharing investigations on the internet.

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause for the arrest of Byron Jimenez ("JIMENEZ") for possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4) and (b)(2). As such, this affidavit does not include everything I know about this investigation.

4. Beginning in or around April 2016, your Affiant investigated suspected child pornography activity associated with IP address 72.28.221.5 (the "Target IP Address"), which was

registered to Atlantic Broadband for a residence in North Bay Village, Florida. Using undercover investigative software, your Affiant recognized that the Target IP address had several files with known file names and hashtags indicative of child pornography.

5.  On or about April 19, 2016, business records from Atlantic Broadband indicated the Target IP Address was assigned to A.M. at 7905 East Drive, Apt. #4A, North Bay Village, Florida, 33141 (the "Target Residence"). Law enforcement further determined through the Florida DAVID database that A.M. had a listed address at the Target Residence.

6.  On several dates in May through September 2016, your Affiant, utilizing the undercover investigative software, continued to identify files with titles indicative of child pornography from a user utilizing the Target IP Address.

7.  On November 3, 2016, your Affiant, along with other law enforcement officers, conducted a knock and talk at the Target Residence. Law enforcement was invited inside of the residence by A.M. Upon entering the residence, A.M. advised that her son was asleep in one of the bedrooms and that her sister, C.M., was in the home.

8.  A.M. and C.M. provided written consent to search the electronic devices they utilize within the home. Law enforcement conducted a search of the devices and did not find any evidence of child pornography or P2P file-sharing networks. Both A.M. and C.M. gave voluntary statements that they did not have a vast level of expertise in regards to computers, and each denied ever seeing child pornography on the internet.

9.  Law enforcement then spoke to Byron JIMENEZ, A.M's son. JIMENEZ provided written consent for law enforcement to search a laptop computer that he shared with his Aunt, C.M., and law enforcement did not find any trace of child pornography or P2P file-sharing networks. Law enforcement then asked to search JIMENEZ's bedroom, and JIMENEZ provided

2

verbal consent. Upon searching the bedroom, law enforcement found a container with three external hard drives. JIMENEZ then spontaneously stated that he would be in trouble.

10. JIMENEZ was then advised of his *Miranda* rights and agreed to speak to law enforcement. He advised that he has been downloading child pornography for approximately four years, and that he downloaded it from the internet using P2P networks, such as EMULE and ARES. JIMENEZ stated he utilized search terms such as "video de chicas," which translates to videos of little girls. Once he received the search results, he would use words contained in the file titles to search for other child pornography videos. JIMENEZ advised he has seen search terms commonly utilized and associated with child pornography such as PTHC, r@ygold and LS Magazine.

11. JIMENEZ further stated that the last time he looked at child pornography was approximately two weeks ago, and provided a written statement regarding his viewing of his child pornography. JIMENEZ provided written consent for the search of the three external hard drives located in his bedroom, and a forensic preview established that all three hard drives contain files with child pornography, and the total number of files with suspected child pornography in the three hard drives combined is in the thousands. Specifically, videos from each separate hard drive contain the following:

- Lacie external hard drive (S/N from sticker: 15661306062954QR, electronic S/N: 4e00f9adb05100000000):

    Filename: CP NIÑO.mp4 (with tilde over the N)
    This video is approximately one minute long. It depicts a young prepubescent boy and what appears to be a teenage girl, both nude from the waist down. The two appear to have some genital-genital and genital to anus contact, and then the girl engages in oral contact with the boy's penis. Both participants appear to be minors, and the boy appears to be prepubescent.

3

- Seagate FreeAgent external hard drive (S/N: 2GEX4VX1):

    Filename: [pthc] 11y Jailene Sucks, Pussy Fuck, Cumshot (2016) --- 8y 9y 10y 12y 13y preteen lolita opva deepweb anal.mp4
    This video is approximately five and a half minutes long. It opens with a title screen that displays: "Jailene (11y)" and "~ My Sexy Little Venezuelan Girlfiend~". The video depicts what appears to be a nude prepubescent female. Her age cannot be definitely determined, but her development is not inconsistent with the age, 11 years old, stated in the video title and file title. An adult male penis is shown in contact with the girl's anus, and the girl is penetrated vaginally and orally.

- Maxtor external hard drive (S/N: 2HAC1EH3):

    Filename: [pthc] 9y latina girl (deep anal + creampie!) (2016).avi
    This video is approximately 12 minutes long. This video depicts what appears to be a prepubescent female. Her age cannot be definitely determined, but her development is not inconsistent with the age, 9 years old, stated in the file title. An adult male then penetrates the girl anally, vaginally, and orally.

12. Based on the forensic preview of each external hard drive, the hard drives have been seized by law enforcement for further analysis as to the complete amount of child pornography contained within each hard drive. The hard drives are currently stored within the FBI's Office in Miramar, Florida.

13. Based upon the foregoing, I respectfully submit that there is probable cause to believe that the defendant, Byron Jimenez, knowingly possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(4) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Jenny Velazquez, Task Force Officer, FBI

Sworn to and subscribed before me this
15th day of November, 2016 at Miami, Florida

HON. ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA